UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARYL ATTKISSON and<br>JUDICIAL WATCH, INC.,<br><br>          Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT<br>    OF JUSTICE,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 14-1944 (KBJ)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSENT MOTION FOR ENLARGMENT OF TIME TO RESPOND TO COMPLAINT

Defendant U.S. Department of Justice, by counsel and with the consent of plaintiff, hereby moves for a two week extension of time to respond to the Complaint in this case. This motion is merited for the following reasons:

1. Defendant's response to the complaint in this case is to be filed on January 2, 2015, and undersigned counsel, having just been assigned this matter, has not yet received from defendant agency the material necessary to prepare this response.

2. Undersigned counsel also has plans to be out of town on leave from December 22, 2014 through the remainder of the year and will not be able to work on this case during that time.

3. Granting the requested enlargement of time would allow undersigned counsel the opportunity to obtain the necessary information, and to prepare and file the appropriate response to Plaintiff's complaint.

4. Undersigned counsel spoke with plaintiff's counsel regarding this motion for extension of time and plaintiff's counsel graciously consents to two additional weeks for defendant to file

its response to the complaint.

5. Granting the requested enlargement would be in the interests of justice, would not unduly prejudice the parties, and would assist in the efficient resolution of this matter.

Wherefore, defendant United States Department of Defense moves that it be allowed to file its response to plaintiff's complaint on or before January 16, 2015.

Respectfully submitted,

RONALD C. MACHEN JR. Bar #447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
alexander.d.shoaibi@usdoj.gov

Counsel for the Defendant