UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

David Andrew Christenson,　　　　　　　　　　　　CIVIL DOCKET NO. 14-cv-01944-KBJ
Sharyl Attkisson and Judicial Watch, Inc.
Plaintiffs
v.　　　　　　　　　　　　　　　　　　　　　　　　SECTION: Judge Ketanji Brown Jackson
Department of Justice　　　　　　　　　　　　　　　COMPLAINT
Defendant

MOTION TO JOIN

David Andrew Christenson has cause and standing to join.

A detailed Motion to Join will be filed with the court if so ordered.

David Andrew Christenson currently has two appeals before the United States Court of Appeals for the District of Columbia Circuit. The attachments are two "Motion for Summary and Default Judgment" in the amount of Four Trillion Dollars. The two cases are:

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT
David Andrew Christenson, Larry Klayman, et al., Plaintiff – Appellant
Case(s) 14-5207, 14-5208 & 14-5209
v.
United States of America, President Barack Obama, et al., Defendants - Appellee

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT
David Andrew Christenson, Rand Paul & Freedomworks, Inc., et al., Plaintiff – Appellant
Case 14-5212
v.
United States of America, President Barack Obama, et al., Defendants - Appellee

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com





UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant
v.                                                                 Case(s) 14-5207, 14-5208 & 14-5209
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

## Motion for Summary and Default Judgment

David Andrew Christenson Motions the Court for Summary and Default Judgment in the amount of One Trillion Dollars plus punitive damages of Three Trillion Dollars plus additional damages as the Court may impose.

The facts of the case are not in dispute.
David Andrew Christenson has standing and cause.
The Department of Justice has intentionally failed to respond to Court filing deadlines.
The Department of Justice has intentionally failed to respond to the Clerk's filing deadlines.
The Department of Justice has failed to operate in good faith.
The Department of Justice has failed to satisfy the "meet and confer" requirement.
The Department of Justice has made no effort to resolve this case.
The Department of Justice has embarrassed the Federal Judiciary.
The Department of Justice has lied to and deceived the Federal Judiciary.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 10th, 2014 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson



UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,
Plaintiff – Appellant
v.                                                                              Case 14-5212
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

### Motion for Summary and Default Judgment

David Andrew Christenson Motions the Court for Summary and Default Judgment in the amount of One Trillion Dollars plus punitive damages of Three Trillion Dollars plus additional damages as the Court may impose.

The facts of the case are not in dispute.
David Andrew Christenson has standing and cause.
The Department of Justice has intentionally failed to respond to Court filing deadlines.
The Department of Justice has intentionally failed to respond to the Clerk's filing deadlines.
The Department of Justice has failed to operate in good faith.
The Department of Justice has failed to satisfy the "meet and confer" requirement.
The Department of Justice has made no effort to resolve this case.
The Department of Justice has embarrassed the Federal Judiciary.
The Department of Justice has lied to and deceived the Federal Judiciary.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 10th, 2014 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant
v.                                                          Case(s) 14-5207, 14-5208 & 14-5209
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

Memorandum

See attached "Motion to Join":

UNITED STATES DISTRICT COURT THE DISTRICT OF COLUMBIA
David Andrew Christenson,                              CIVIL DOCKET NO. 14-cv-01944-KBJ
Sharyl Attkisson and Judicial Watch, Inc.
Plaintiffs
v.                                                          SECTION: Judge Ketanji Brown Jackson

Department of Justice                                   COMPLAINT
Defendant

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 6th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,
Plaintiff – Appellant
v.                                                                                              Case 14-5212
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

Memorandum

See attached "Motion to Join":

**UNITED STATES DISTRICT COURT THE DISTRICT OF COLUMBIA**

David Andrew Christenson,                                           CIVIL DOCKET NO. 14-cv-01944-KBJ
Sharyl Attkisson and Judicial Watch, Inc.
Plaintiffs
v.                                                                                       SECTION: Judge Ketanji Brown Jackson

Department of Justice                                                       COMPLAINT
Defendant

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 6th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson