UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARYL ATTKISSON and<br>JUDICIAL WATCH, INC.,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT<br>    OF JUSTICE,<br><br>        Defendant. | Civil Action No.: 14-1944 (APM) |

ANSWER

Defendant U.S. Department of Justice, by counsel, hereby responds to the allegations in plaintiffs' complaint as follows:

First Defense

Defendant reserves the right to amend this Answer to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c).

Second Defense

Defendant denies each and every allegation contained in the Complaint except as hereinafter may be expressly admitted.

Jurisdiction and Venue

1. This paragraph consists of Plaintiff's statement of jurisdiction, to which no response is required.

2. This paragraph consists of Plaintiff's statement of venue, to which no response is required;

## Parties

3. This paragraph consists of a characterization of the Plaintiff, to which no response is required.

4. This paragraph consists of a characterization of the Plaintiff, to which no response is required.

5. This paragraph consists of a characterization of the Defendant, to which no response is required.

## Statement of Facts

6. Defendant admits only that the Plaintiff Judicial Watch submitted a FOIA request on September 4, 2014 and that the Plaintiff Attkisson submitted a FOIA request and a request under the Privacy Act on September 4, 2014.

7. A. Admit

   B. Admit

   C. Admit

8. Admit

9. Defendant admits a signed, fully executed Certification of Identity Form from Plaintiff Attkisson was executed on or about September 22, 2014.

10. Admit

11. This paragraph consists of a legal conclusion, not a statement of fact, to which no response is required.

12. Plaintiff only admits that no records have been released to the Plaintiff.

13. Deny

14. Deny

Count 1

15. Defendant reasserts each of its responses to the preceding paragraphs.

16. This paragraph does not contain an allegation of fact supporting Plaintiffs claim for relief to which a response is required.

17. Deny.

Count 2

18. Defendant reasserts each of its responses to the preceding paragraphs.

19. Deny.

20. Deny.

    Defendant denies all allegations contained in the complaint that it has not specifically admitted.

Respectfully submitted,

RONALD C. MACHEN JR. Bar #447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4218
Washington, D.C. 20530
(202) 252-2511
alexander.d.shoaibi@usdoj.gov

Counsel for the Defendants