UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

David Andrew Christenson,                    CIVIL DOCKET NO. 14-cv-01944-KBJ (APM)
Sharyl Attkisson and Judicial Watch, Inc.
Plaintiffs
v.                                            SECTION: Judge Amit P. Mehta
Department of Justice
Defendant

Notice of Extraordinary Writ filing with the Supreme Court
This case is ancillary and requires notice

The attachments are part of this notice.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 18th, I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and Pacer notification.

David Andrew Christenson

RECEIVED
Mail Room

MAR 2 3 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

No. 15-XXXX

IN THE

# Supreme Court of the United States

David Andrew Christenson
Plaintiff
v.
United States of America
President Barack Obama, et. al.,
Defendants

**Extraordinary Writ**

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

This Second Supplemental to Emergency Motion to Order Publication is part of the Emergency Motion and Order that was filed on February 25th, 2015, Emergency Motion to Order Publication on March 7th, 2015, Supplemental to Emergency Motion to Order Publication Order on March 9th, 2015 and Second Supplemental to Emergency Motion to Order Publication Order Filed March 11th, 2015.

Extraordinary Writ

Filed March 18th, 2015 with the Supreme Court of the United States

Please incorporate attachments into this Extraordinary Writ.

Please review the First Amendment (Specifically the last sentence) and Article Three of the Constitution, which are attached. The Supreme Court has continuously refused to file my Writs of Certiorari, **Extraordinary (Original Action per Article Three of the Constitution) Writs of Certiorari**, Amicus Briefs, Motions, Orders and Stays.  I am a Pauper and deserve to be treated so by law. Here is the paragraph that is repeatedly used to deny me and the American People our Constitutional Rights.

Per Chief Justice John Roberts:

"Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court." (Article Three clearly states that it is up to Congress to establish the laws for filing grievances and it is not up to the Supreme Court. The Supreme Court has established illegal, and in violation of the Constitution, "Rules of the Court". These rules egregiously exceed the authority granted to the Supreme Court in Article Three. The rules are clearly arbitrary and discriminate against the American People. The statement by Chief Justice John Roberts is absolutely not true. After reading the First Amendment and Article Three there is no other conclusion.

There are three major points in my petition for redress of grievances against the Federal Government. The fact that the **Extraordinary Writ** is against the Federal Government with the following three grievances qualifies it for review by the Supreme Court.

1. Does the Federal Government have the right (with the US Military) to assassinate Americans?
2. Does the Federal Government have the right to infect Americans with chemical warfare contaminates (The Katrina Virus)?
3. Does the Federal Government have the right to silence Federal Whistleblowers, such as myself, with any and all means?

Conclusion: Mankind will become extinct if we do not address this dire situation. There has to be the "Rule of Law". All you have to do is look around. The truth is right in front of you. We are talking about cataclysmic events. I never believed that the earth would burn but I sure as hell believe it now.

Sincerely filed,

In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550

504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18th, I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and Pacer notification.

David Andrew Christenson

National Archives Website
http://www.archives.gov/exhibits/charters/bill_of_rights_transcript.html
Amendment I
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise
thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to
assemble, **and to petition the Government for a redress of grievances**.

National Archives Website
http://www.archives.gov/exhibits/charters/constitution_transcript.html
Article III. Section. 1.
The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior
Courts as the **Congress may from time to time ordain and establish**. The Judges, both of the supreme
and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for
their Services, a Compensation, which shall not be diminished during their Continuance in Office.
Section. 2.
The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws
of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases
affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime
Jurisdiction;—**to Controversies to which the United States shall be a Party**;—to Controversies between
two or more States;— between a State and Citizens of another State,—between Citizens of different
States,—between Citizens of the same State claiming Lands under Grants of different States, and
between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.
In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall
be Party, the Supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the
Supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, **and
under such Regulations as the Congress shall make.**
The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in
the State where the said Crimes shall have been committed; but when not committed within any State,
the Trial shall be at such Place or Places as the Congress may by Law have directed.
Section. 3.

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff/Appellant,
v.                                                              Case No. 13-31078
KENNETH BOWEN, et al.,
Defendants/Appellees.

Notice of Extraordinary Writ filing with the Supreme Court
This case is ancillary and requires notice

The attachments are part of this notice.

Godspeed.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 18th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant
v.                                                          Case(s) 14-5207, 14-5208 & 14-5209
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDANTS – Appellee

Notice of Extraordinary Writ filing with the Supreme Court
This case is ancillary and requires notice

The attachments are part of this notice.

GODSPEED.

Sincerely filed in Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 18th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,
Plaintiff – Appellant
v.                                                          Case 14-5212
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDANTS – Appellee

Notice of Extraordinary Writ filing with the Supreme Court
This case is ancillary and requires notice

The attachments are part of this notice.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 18th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

United States Court of Appeals
For The Eighth Circuit

Jesse Ventura a/k/a James G. Janos,
Plaintiff-Appellee,
vs.                                                                                    14-3876
Taya Kyle, as Executor of the Estate of Chris Kyle
Defendant-Appellant.

Notice of Extraordinary Writ filing with the Supreme Court
This case is ancillary and requires notice

The attachments are part of this notice.

Godspeed.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 18th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

UNITED STATESDISTRICTCOURT
DISTRICTOF MINNESOTA

Jess Ventura, a/k/a James G. Janos, Plaintiff

Civil No. 12-cv-0472 RHK/JJK

vs.

Taya Kyle, as Executor of the Estate of
Chris Kyle, Defendant

Notice of Appeal

Please incorporate attachments into this Notice of Appeal.

Please review the First Amendment (Specifically the last sentence) and Article Three of the Constitution, which are attached. The Supreme Court has continuously refused to file my Writs of Certiorari, **_Extraordinary_ (Original Action per Article Three of the Constitution) Writs of Certiorari**, Amicus Briefs, Motions, Orders and Stays. I am a Pauper and deserve to be treated so by law. Here is the paragraph that is repeatedly used to deny me and the American People our Constitutional Rights.

Per Chief Justice John Roberts:

"Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court." (Article Three clearly states that it is up to Congress to establish the laws for filing grievances and it is not up to the Supreme Court. The Supreme Court has established illegal, and in violation of the Constitution, "Rules of the Court". These rules egregiously exceed the authority granted to the Supreme Court in Article Three. The rules are clearly arbitrary and discriminate against the American People. The statement by Chief Justice John Roberts is absolutely not true. After reading the First Amendment and Article Three there is no other conclusion.

There are three major points in my petition for redress of grievances against the Federal Government. The fact that the **Extraordinary Writ** is against the Federal Government with the following three grievances qualifies it for review by the Supreme Court.

1. Does the Federal Government have the right (with the US Military) to assassinate Americans?
2. Does the Federal Government have the right to infect Americans with chemical warfare contaminates (The Katrina Virus)?
3. Does the Federal Government have the right to silence Federal Whistleblowers, such as myself, with any and all means?

Conclusion: Mankind will become extinct if we do not address this dire situation. There has to be the "Rule of Law". All you have to do is look around. The truth is right in front of you. We are talking about cataclysmic events. I never believed that the earth would burn but I sure as hell believe it now.

Sincerely filed,

In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on March 18th, I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and Pacer notification.

David Andrew Christenson

National Archives Website
http://www.archives.gov/exhibits/charters/bill_of_rights_transcript.html
Amendment I
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the Government for a redress of grievances.**

National Archives Website
http://www.archives.gov/exhibits/charters/constitution_transcript.html
Article III. Section. 1.
The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the **Congress may from time to time ordain and establish.** The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.
Section. 2.
The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—**to Controversies to which the United States shall be a Party;**—to Controversies between two or more States;— between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the Supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the Supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, **and under such Regulations as the Congress shall make.**

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

Section. 3.

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC  20543-0001

March 12, 2015

David A. Christenson
P.O. Box 9063
Miramar Beach, FL 32550

    RE: Christenson v. United States, et al.

Dear Mr. Christenson:

    In reply to your letter or submission, received March 12, 2015, I regret to inform you that the Court is unable to assist you in the matter you present.

    Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court.

    Your papers are herewith returned.

    The Rules of this Court are enclosed.

                  Sincerely,
                  Scott S. Harris, Clerk
                  By:

                  Jeffrey Atkins
                  (202) 479-3263

Enclosures

No. 15-XXXX

IN THE

# 𝔖upreme Court of the United 𝔖tates

David Andrew Christenson
Rand Paul & Freedomworks, Inc. et. al.,
Plaintiff – Appellant
v.
United States of America
President Barack Obama, et. al.,
Defendants - Appellee
United States Court of Appeals
for the District of Columbia Circuit
Case 14-5212

David Andrew Christenson
Larry Klayman, et. al.,
Plaintiff – Appellant
v.
United States of America
President Barack Obama, et. al.,
Defendants - Appellee
United States Court of Appeals
for the District of Columbia Circuit
Case(s) 14-5207, 14-5208 & 14-5209

---

### Emergency Motion & Order

---

*David Andrew Christenson files this Emergency Motion & Order on behalf of himself and the American People*

---

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*



RECEIVED
MAR 1 2 2015
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Emergency Motion to Order Publication Order
Filed March 7th, 2015 with the Supreme Court of the United States

In the interest of justice, on behalf of the American People and to protect the Constitution of the United States, Federal Whistleblower Captain David Andrew Christenson Motions the Supreme Court of the United States to Order the United States Court of Appeals for the District of Columbia Circuit to Publish the two appeals, decisions and opinions.

Reference the attached Motion to Publish that was filed with the United States Court of Appeals for the District of Columbia Circuit and the Motion to Unseal that was filed with the United States Court of Appeals for the 5th Circuit.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 7th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 1

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff/Appellant,

v.                                                                                    Case No. 13-31078

KENNETH BOWEN, et al.,
Defendants/Appellees.

Motion to Unseal

(Please file as an Amicus Brief if unable to file as a  Motion to Unseal. Reference Rule 47 (c) below. It
would be contrary to the rule of law and discriminatory not to file this as a Motion to Unseal. There
should be uniformity throughout the Court of Appeals. Irreparable harm will come to the American
People if this Motion to Unseal is not granted.)

Federal Whistleblower Captain David Andrew Christenson requests that this Court issue an order
directing the Clerk of the Court to make public all documents, evidence, transcripts, investigations (all
investigations, including those that involved criminal prosecutor misconduct by the Department of
Justice.) and exhibits that were filed in this court.

Federal Whistleblower Captain David Andrew Christenson requests that this Court issue an order
directing the Clerk of the Court  for the District Court for the Eastern District of Louisiana to make public
all documents, evidence, transcripts, investigations (all investigations, including those that involved
criminal prosecutor misconduct by the Department of Justice.) and exhibits that were filed in that court.

Federal Whistleblower Captain David Andrew Christenson requests that this Court issue an order
directing the Department of Justice to make public all plea deals, documents, evidence, transcripts,
investigations (all investigations, including those that involved criminal prosecutor misconduct by the
Department of Justice.) and exhibits that were obtained, initiated, recorded, investigated, etc.

Federal Whistleblower Captain David Andrew Christenson requests that this Court issue an order
directing the defense attorneys to make public all plea deals, documents, evidence, transcripts,
investigations (all investigations, including those that involved criminal prosecutor misconduct by the
Department of Justice.) and exhibits that were obtained, initiated, recorded, investigated, etc. by them.

It is critical for the American People to know about the Katrina Virus, the murdering of Americans by the
US Military on US soil, the plea deal before trial, the US Military DVD of what happened at the Danziger
Bridge and the criminal prosecutor misconduct, etc.

Reference Attachment 1 and 2 for justification for this Motion to Unseal. Please incorporate all
references as part of this Motion to Unseal.

# Attachment 1

Attachment 1: Motion to Publish filed with the United States Court of Appeals for the District of Columbia Circuit.

Attachment 2: Emergency Motion to Order Publication filed with the Supreme Court of the United States of America.

Rule 47 United States Court of Appeals for the District of Columbia Circuit.

(c) Motion to Unseal. A party or any other interested person may move at any time to unseal any portion of the record in this court, including confidential briefs or appendices filed under this rule. On appeals from the district court, the motion will ordinarily be referred to the district court, and, if necessary, the record remanded for that purpose, but the court may, when the interests of justice require, decide that motion, and, if unsealing is ordered, remand the record for unsealing. Unless otherwise ordered, the pendency of a motion under this rule will not delay the filing of any brief under any scheduling order.

Godspeed.

Filed Pro-Se/In Proper Person on behalf of all Americans

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 7th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 2

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant
v.                                                          Case(s) 14-5207, 14-5208 & 14-5209
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDANTS – Appellee

Motion to Publish

Part 1 Rules and Responses for Publication

Circuit Rule 36 Entry of Judgment; Notice; Decisions of the Court.
(f) Motion to Publish. Any person may, by motion made within 30 days after judgment or, if a timely petition for rehearing is made, within 30 days after action thereon, request that an unpublished opinion be published. Motions filed out of time will not be considered unless good cause is shown. Motions for publication must be based upon one or more of the criteria listed in subsection (a). Such motions are not favored and will be granted only for compelling reasons.
(The criteria have been satisfied and that includes criminal violations of the Constitution.)
A. With regard to a substantial issue it resolves, it is a case of first impression or the first case to present the issue in this court;
C. It calls attention to an existing rule of law that appears to have been generally overlooked;
D. It criticizes or questions existing law;
G. It warrants publication in light of other factors that give it general public interest.

Here are a few of the compelling reasons that this case should be published:

1. The Federal Government, through the use of the US Military, murdered Americans and did so within the territorial boundaries of the United States during Hurricane Katrina?

2. The Federal Government infected Americans with the Katrina Virus? The release of the Katrina Virus during Hurricane Katrina was due to negligence by the Federal Government. The Katrina Virus is a compilation term. The Federal Government is vaccinating Americans knowing that the vaccinations are ultimately killing them? (Through the destruction of the immune system)

3. The Federal Government classified me as a terrorist and then repeatedly attempted to assassinate me for being a Federal Whistleblower and because I am honoring the oath that I took as an Air Force Officer?

# Attachment 2

4. The ultimate and most compelling reason. Statement of Fact: The Constitution does not exist and Americans have no Constitutional Rights. Americans have the right to know this, therefore this case should be published.

5. Americans are supposed to have a Constitutional Right per the First Amendment, last sentence, to petition the government for a redress of grievances? They do not have that right? Again American should know this fact and publication would be in the interest of justice.

Part 2 Narrative and Response for Dismissal as Frivolous

How could the court call my case frivolous? We are talking Genocide and Crimes Against Humanity. The documentation is incredible. There are two books in the Library of Congress. There are over 700 videos posted on YouTube and which have been distributed around the World. I extremely prolific when it comes to writing and documentation. The most damaging evidence is in the court(s) records. Search Pacer for David Andrew Christenson and David Christenson. The court will be unable to dispute its own records. The documentation is incredible. Those cases involve the DC, 5th, 10th and 8th Circuit Court of Appeals as well as District Courts in the following states: Louisiana, Texas, Colorado, Minnesota, etc. The Supreme Court has refused to honor the Constitution and place my filings in the records.

I, Federal Whistleblower Air Force Captain David Andrew Christenson, am Pro Se and in Forma Pauperis. I was classified as a terrorist by the Department of Justice in 2010.
An attempted assassination by the Department of Justice was made on my life on March 15th, 2011. There were other attempted assassination attempts as well. (Documented, factual and verifiable) The Department of Justice destroyed my computer and backups on February 26th, 2015. I spent over 20 hours on the phone with Microsoft trying to fix and repair my backup computer. I must now recreate entire files, which is expensive and time consuming. Microsoft had never seen anything like my computer or the damage. It is extremely odd that my computer was destroyed when I filed an Emergency Motion and Order with the Supreme Court of the United States. This Emergency Motion and Order was filed with two Memorandums in two separate cases, 14-5212 and 14-5207, with the District of Columbia Appeals Circuit and an Amicus Brief with the 5th Circuit Court of Appeals Circuit in 13-31078.

I will make a timely Motion for Rehearing.

I will make a timely Motion for a Rehearing En Banc.

I am the first American who has been classified as a terrorist to file a class action complaint against the Federal Government on behalf of all Americans.

I am the First American and the First US Military Officer to file a class action complaint against the Federal Government on behalf of all Americans and the first who been the recipient of several assassination attempts.

# Attachment 2

The public interest would be infinite in the cover-up of the release of the Katrina Virus and the murdering of Americans by the US Military. Does the public have a right to know about the pending Genocide? Is the court really going to hide the truth from the American People? While the embarrassment to the court is great, it is nothing compared to the embarrassment when Americans discover the truth.

The court dismissed my case/appeal as frivolous. How can a Motion to Join/Intervene be frivolous? The merits of the case were never addressed or responded to. I filed over 80 pleadings over seven months and not one response from the Department of Justice. The court ordered multiple responses from the Department of Justice and did not receive one. This one fact should be enough for the court to publish.

Why did the court rule Sue Sponte after seven months and over 80 pleadings? This is a great impropriety on the part of the court and it deserves to be published. The American People have a Constitutional Right to know the truth.

Please suspend the Circuit Rules in this case in the interest of Justice, to protect the Constitution and to save American lives. (Circuit Rule 2, Suspension of Rules - In the interest of expediting decisions or for other good cause, the court may suspend the requirements of these Circuit Rules.)

> Part 3 Narrative response to Dismissals of Motions to Join/Intervene
> (Side note: A Federal Judge helped me with this Part.)

The Court had to make the following decisions without any type of response from the Department of Justice:
That I, Federal Whistleblower Captain David Andrew Christenson, did not have a Constitutional Right and First Amendment right to: "and to petition the Government for a redress of grievances." (This is the last sentence of the First Amendment)(What case law trumps the Constitution? Surely it is not the opinion of the court that Neitzke v. Williams, 490 U.S. 319, 325 (1989) supersedes the Constitution?)(The appeal was filed because Judge Richard J. Leon denied my Motion to Join/Intervene. He did not dismiss the class action complaint nor did he rule on the merits.)
That I did not have standing or cause.
That my class action complaint was without merit.
That I did not have a Constitutional Right to file a class action complaint on behalf of myself and the American People. ( The District of Columbia refused to file the stand alone class action complaint but did file the two class action complaints that were filed in existing cases as Motion to Join/Intervene.)
That I did not have a right to file a Motion to Join/Intervene in an existing class action complaint with the exact same issues and causes. Reference Federal Rules of Civil Procedure Rule 24. (The court would have had to analyze the issues and causes but did not.)
That I did not have a Constitutional Right to Join/Intervene in a class action complaint where the parties were all Americans. I am an American and the complaint was filed on behalf of all Americans. Reference Federal Rules of Civil Procedure Rule 20. (59 Am. Jur. 2d Parties § 236 (Feb 2015).
That I do not have an Intervention of Right as a party in a class action complaint. (Fed. R. Civ. 24(a), (b).)

# Attachment 2

That I do not have  Permissive Intervention as a party in a class action complaint. (Fed. R. Civ. P. 24(a)(1).)

That I do not have an Interest relating to the "property or transaction that is the subject of the action" which is a violation of my Constitutional Rights and specifically the Bill of Rights. (Fed. R. Civ. P. 24(a)(2).) (I would have a right to Permissive Intervention as a party to a class action complaint Fed. R. Civ. P. 24(b)(1)(A).)(I would have a "claim or defense that shares with the main action a common question of law of fact. Fed. R. Civ. P. 24(b)(1)(B).)

Activity in Case 1:14-cv-00092-RJL KLAYMAN et al v. OBAMA et al Order on Motion for Joinder

The following transaction was entered on 7/30/2014 at 8:00 PM and filed on 7/30/2014

"MINUTE ORDER denying [4] Motion to Join and/or Motion to Intervene by DAVID ANDREW CHRISTENSON. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 7/30/2014. (lcrjl1, )"

Activity in Case 1:14-cv-00262-RJL PAUL et al v. OBAMA et al Order on Motion for Joinder

The following transaction was entered on 7/30/2014 at 8:17 PM and filed on 7/30/2014

"MINUTE ORDER denying [13] Motion to Join and/or Motion to Intervene by DAVID ANDREW CHRISTENSON. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 7/30/2014. (lcrjl1, )"

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on March 7th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____

David Andrew Christenson

# Attachment 3

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,
Plaintiff – Appellant
v.                                                                            Case 14-5212
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDANTS – Appellee


Motion to Publish


Part 1 Rules and Responses for Publication


Circuit Rule 36 Entry of Judgment; Notice; Decisions of the Court.
(f) Motion to Publish. Any person may, by motion made within 30 days after judgment or, if a timely
petition for rehearing is made, within 30 days after action thereon, request that an unpublished opinion
be published. Motions filed out of time will not be considered unless good cause is shown. Motions for
publication must be based upon one or more of the criteria listed in subsection (a). Such motions are
not favored and will be granted only for compelling reasons.
(The criteria have been satisfied and that includes criminal violations of the Constitution.)
A. With regard to a substantial issue it resolves, it is a case of first impression or the first case to present
the issue in this court;
C. It calls attention to an existing rule of law that appears to have been generally overlooked;
D. It criticizes or questions existing law;
G. It warrants publication in light of other factors that give it general public interest.


Here are a few of the compelling reasons that this case should be published:


1. The Federal Government, through the use of the US Military, murdered Americans and did so within
the territorial boundaries of the United States during Hurricane Katrina?


2. The Federal Government infected Americans with the Katrina Virus? The release of the Katrina Virus
during Hurricane Katrina was due to negligence by the Federal Government. The Katrina Virus is a
compilation term. The Federal Government is vaccinating Americans knowing that the vaccinations are
ultimately killing them? (Through the destruction of the immune system)


3. The Federal Government classified me as a terrorist and then repeatedly attempted to assassinate me
for being a Federal Whistleblower and because I am honoring the oath that I took as an Air Force
Officer?

# Attachment 3

4. The ultimate and most compelling reason. Statement of Fact: The Constitution does not exist and Americans have no Constitutional Rights. Americans have the right to know this, therefore this case should be published.

5. Americans are supposed to have a Constitutional Right per the First Amendment, last sentence, to petition the government for a redress of grievances? They do not have that right? Again American should know this fact and publication would be in the interest of justice.

## Part 2 Narrative and Response for Dismissal as Frivolous

How could the court call my case frivolous? We are talking Genocide and Crimes Against Humanity. The documentation is incredible. There are two books in the Library of Congress. There are over 700 videos posted on YouTube and which have been distributed around the World. I extremely prolific when it comes to writing and documentation. The most damaging evidence is in the court(s) records. Search Pacer for David Andrew Christenson and David Christenson. The court will be unable to dispute its own records. The documentation is incredible. Those cases involve the DC, 5th, 10th and 8th Circuit Court of Appeals as well as District Courts in the following states: Louisiana, Texas, Colorado, Minnesota, etc. The Supreme Court has refused to honor the Constitution and place my filings in the records.

I, Federal Whistleblower Air Force Captain David Andrew Christenson, am Pro Se and in Forma Pauperis. I was classified as a terrorist by the Department of Justice in 2010.
An attempted assassination by the Department of Justice was made on my life on March 15th, 2011. There were other attempted assassination attempts as well. (Documented, factual and verifiable) The Department of Justice destroyed my computer and backups on February 26th, 2015. I spent over 20 hours on the phone with Microsoft trying to fix and repair my backup computer. I must now recreate entire files, which is expensive and time consuming. Microsoft had never seen anything like my computer or the damage. It is extremely odd that my computer was destroyed when I filed an Emergency Motion and Order with the Supreme Court of the United States. This Emergency Motion and Order was filed with two Memorandums in two separate cases, 14-5212 and 14-5207, with the District of Columbia Appeals Circuit and an Amicus Brief with the 5th Circuit Court of Appeals Circuit in 13-31078.

I will make a timely Motion for Rehearing.

I will make a timely Motion for a Rehearing En Banc.

I am the first American who has been classified as a terrorist to file a class action complaint against the Federal Government on behalf of all Americans.

I am the First American and the First US Military Officer to file a class action complaint against the Federal Government on behalf of all Americans and the first who been the recipient of several assassination attempts.

# Attachment 3

The public interest would be infinite in the cover-up of the release of the Katrina Virus and the murdering of Americans by the US Military. Does the public have a right to know about the pending Genocide? Is the court really going to hide the truth from the American People? While the embarrassment to the court is great, it is nothing compared to the embarrassment when Americans discover the truth.

The court dismissed my case/appeal as frivolous. How can a Motion to Join/Intervene be frivolous? The merits of the case were never addressed or responded to. I filed over 80 pleadings over seven months and not one response from the Department of Justice. The court ordered multiple responses from the Department of Justice and did not receive one. This one fact should be enough for the court to publish.

Why did the court rule Sue Sponte after seven months and over 80 pleadings? This is a great impropriety on the part of the court and it deserves to be published. The American People have a Constitutional Right to know the truth.

Please suspend the Circuit Rules in this case in the interest of Justice, to protect the Constitution and to save American lives. (Circuit Rule 2, Suspension of Rules - In the interest of expediting decisions or for other good cause, the court may suspend the requirements of these Circuit Rules.)

Part 3 Narrative response to Dismissals of Motions to Join/Intervene
(Side note: A Federal Judge helped me with this Part.)

The Court had to make the following decisions without any type of response from the Department of Justice:

That I, Federal Whistleblower Captain David Andrew Christenson, did not have a Constitutional Right and First Amendment right to: "and to petition the Government for a redress of grievances." (This is the last sentence of the First Amendment)(What case law trumps the Constitution? Surely it is not the opinion of the court that Neitzke v. Williams, 490 U.S. 319, 325 (1989) supersedes the Constitution?)(The appeal was filed because Judge Richard J. Leon denied my Motion to Join/Intervene. He did not dismiss the class action complaint nor did he rule on the merits.)

That I did not have standing or cause.

That my class action complaint was without merit.

That I did not have a Constitutional Right to file a class action complaint on behalf of myself and the American People. ( The District of Columbia refused to file the stand alone class action complaint but did file the two class action complaints that were filed in existing cases as Motion to Join/Intervene.)

That I did not have a right to file a Motion to Join/Intervene in an existing class action complaint with the exact same issues and causes. Reference Federal Rules of Civil Procedure Rule 24. (The court would have had to analyze the issues and causes but did not.)

That I did not have a Constitutional Right to Join/Intervene in a class action complaint where the parties were all Americans. I am an American and the complaint was filed on behalf of all Americans. Reference Federal Rules of Civil Procedure Rule 20. (59 Am. Jur. 2d Parties § 236 (Feb 2015).

That I do not have an Intervention of Right as a party in a class action complaint. (Fed. R. Civ. 24(a), (b).)

# Attachment 3

That I do not have  Permissive Intervention as a party in a class action complaint. (Fed. R. Civ. P. 24(a)(1).)

That I do not have an Interest relating to the "property or transaction that is the subject of the action" which is a violation of my Constitutional Rights and specifically the Bill of Rights. (Fed. R. Civ. P. 24(a)(2).) (I would have a right to Permissive Intervention as a party to a class action complaint Fed. R. Civ. P. 24(b)(1)(A).)(I would have a "claim or defense that shares with the main action a common question of law of fact. Fed. R. Civ. P. 24(b)(1)(B).)

Activity in Case 1:14-cv-00092-RJL KLAYMAN et al v. OBAMA et al Order on Motion for Joinder
The following transaction was entered on 7/30/2014 at 8:00 PM and filed on 7/30/2014
"MINUTE ORDER denying [4] Motion to Join and/or Motion to Intervene by DAVID ANDREW CHRISTENSON. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 7/30/2014. (lcrjl1, )"

Activity in Case 1:14-cv-00262-RJL PAUL et al v. OBAMA et al Order on Motion for Joinder
The following transaction was entered on 7/30/2014 at 8:17 PM and filed on 7/30/2014
"MINUTE ORDER denying [13] Motion to Join and/or Motion to Intervene by DAVID ANDREW CHRISTENSON. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 7/30/2014. (lcrjl1, )"

GODSPEED.

Sincerely filed/In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 7th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC  20543-0001

March 4, 2015

David Christenson
P.O. Box 9063
Miramar Beach, LA 32550

    RE: Emergency Motion & Order

Dear Mr. Christenson:

    In reply to your letter or submission, received March 4, 2015, I regret to inform you that the Court is unable to assist you in the matter you present.

    Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court.

    Your papers are herewith returned.

                          Sincerely,
                          Scott S. Harris, Clerk
                          By:

                          M. Blalock
                          (202) 479-3023

Enclosures

No. 15-XXXX

IN THE

# 𝔖upreme 𝔠ourt of the 𝔘nited 𝔖tates

David Andrew Christenson
Rand Paul & Freedomworks, Inc. et. al.,
Plaintiff – Appellant
v.
United States of America
President Barack Obama, et. al.,
Defendants - Appellee
United States Court of Appeals
for the District of Columbia Circuit
Case 14-5212

David Andrew Christenson
Larry Klayman, et. al.,
Plaintiff – Appellant
v.
United States of America
President Barack Obama, et. al.,
Defendants - Appellee
United States Court of Appeals
for the District of Columbia Circuit
Case(s) 14-5207, 14-5208 & 14-5209

**Emergency Motion & Order**

*David Andrew Christenson files this Emergency Motion & Order on behalf of himself and the*
*American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

RECEIVED
MAR - 4 2015
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Emergency Motion and Order
Filed February 25th, 2015 with the Supreme Court of the United States

In the interest of justice, on behalf of the American People and to protect the Constitution of the United States, Federal Whistleblower Captain David Andrew Christenson Motions the Supreme Court of the United States to Order the United States Court of Appeals for the District of Columbia Circuit to process his two Appeals and to award him his Sanctions and Default Judgments (See attachment 1 & 2) in the amount of Eight Trillion Dollars. Both appeals were filed in August of 2014. No action has been taken in either Appeal by the District of Columbia Circuit and there have been no responses by the Department of Justice. The Attachments provide clear and damaging evidence of the criminal conduct of the District of Columbia Circuit. The criminal conduct is being perpetrated against the American People so that the Supreme Court of the United States is protected. The end result of the criminal activity by the Supreme Court of the United States is the genocide of the American People. (Important note: The Klayman and Senator Rand Paul appeals/cases are identical.)

Federal Whistleblower Captain David Andrew Christenson is exercising his Constitutional Rights, specifically his First Amendment Right. The last sentence of the First Amendment states: "and to petition the Government for a redress of grievances." To deny this Emergency Motion and Order would be to deny the Constitution.

Attachment 1: Motion for Summary and Default Judgment in Klayman. No response by DOJ.

Attachment 2: Motion for Summary and Default Judgment in Senator Rand Paul. No response by DOJ.

Attachment 3: First page of the book: "The United States Supreme Court and The Katrina Virus". A hardcopy of this book was provided to each Supreme Court Justice and it was also placed into the Library of Congress for historical purposes.

Attachment 4: Docket for Klayman case. This appeal/case is at issue with no rulings or responses.

Attachment 5: Docket for Senator Rand Paul case. This appeal/case is not at issue and has no rulings or responses. Why? Notice that the dockets are different and there are missing pleadings. All pleadings in both appeals were filed at the same time and in the same manner. Close to 100 pleadings in each appeal/case have been filed.

Attachment 6: Memorandum 50 Klayman Pending Charitable Donations by the Scarlett Foundation and its' founders, David Andrew Christenson and his wife Renee "Scarlett" Christenson.

Attachment 7: Memorandum 50 Senator Rand Paul Pending Charitable Donations by the Scarlett Foundation and its' founders, David Andrew Christenson and his wife Renee "Scarlett" Christenson.

Attachment 8: Memorandum 84 Klayman.

Attachment 9: Memorandum 84 Senator Rand Paul.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on February 25th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____

David Andrew Christenson



UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant
v.                                                                    Case(s) 14-5207, 14-5208 & 14-5209
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

### Motion for Summary and Default Judgment

David Andrew Christenson Motions the Court for Summary and Default Judgment in the amount of One
Trillion Dollars plus punitive damages of Three Trillion Dollars plus additional damages as the Court may
impose.

The facts of the case are not in dispute.
David Andrew Christenson has standing and cause.
The Department of Justice has intentionally failed to respond to Court filing deadlines.
The Department of Justice has intentionally failed to respond to the Clerk's filing deadlines.
The Department of Justice has failed to operate in good faith.
The Department of Justice has failed to satisfy the "meet and confer" requirement.
The Department of Justice has made no effort to resolve this case.
The Department of Justice has embarrassed the Federal Judiciary.
The Department of Justice has lied to and deceived the Federal Judiciary.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 10th, 2014 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson



RECEIVED
Mail Room

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   DEC 15 2014

CLERK

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,
Plaintiff – Appellant
v.                                                          Case 14-5212
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

### Motion for Summary and Default Judgment

David Andrew Christenson Motions the Court for Summary and Default Judgment in the amount of One Trillion Dollars plus punitive damages of Three Trillion Dollars plus additional damages as the Court may impose.

The facts of the case are not in dispute.
David Andrew Christenson has standing and cause.
The Department of Justice has intentionally failed to respond to Court filing deadlines.
The Department of Justice has intentionally failed to respond to the Clerk's filing deadlines.
The Department of Justice has failed to operate in good faith.
The Department of Justice has failed to satisfy the "meet and confer" requirement.
The Department of Justice has made no effort to resolve this case.
The Department of Justice has embarrassed the Federal Judiciary.
The Department of Justice has lied to and deceived the Federal Judiciary.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on December 10th, 2014 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 3

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# Attachment 4

**General Docket**
**United States Court of Appeals for District of Columbia Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 14-5207<br>**Nature of Suit:** 2440 Other Civil Rights<br>Larry Klayman, et al v. Barack Obama, et al<br>**Appeal From:** United States District Court for the District of Columbia<br>**Fee Status:** IFP Pending USCA | **Docketed:** 08/28/2014 |
| **Case Type Information:**<br>  1) Civil US<br>  2) United States<br>  3) | |

# Attachment 4

| | | |
|---|---|---|
| 08/28/2014 | ☐ | US CIVIL CASE docketed. [14-5207] |
| 08/28/2014 | ☐ ☒ 41 pg, 1.25 MB | NOTICE OF APPEAL filed [1509736] by David Andrew Christenson seeking review of a decision by the U.S. District Court in 1:14-cv-00092-RJL. Assigned USCA Case Number [14-5207] |
| 08/28/2014 | ☐ ☒ 8 pg, 626.53 KB | CLERK'S ORDER filed [1509742] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 09/29/2014. Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5207] |
| 08/28/2014 | ☐ | FIRST CLASS MAIL SENT [1509745] of order [1509742-2] to appellant [14-5207] |
| 08/28/2014 | ☐ | CERTIFIED MAIL SENT [1509746] with return receipt requested [Receipt No 7007 0710 0004 7190 2409] of order [1509742-2]. Certified Mail Receipt due 09/29/2014 from David Andrew Christenson. [14-5207] |
| 09/05/2014 | ☐ ☒ 50 pg, 2.21 MB | MOTION filed [1511029] by David Andrew Christenson to stay underlying case (Response to Motion served by mail due on 09/15/2014) [Service Date: 08/31/2014 by Email] Pages: 1-10. [14-5207] |
| 09/05/2014 | ☐ | CERTIFIED MAIL RECEIPT [1511044] RECEIVED from R. Christenson [signed for on 09/02/2014] for order [1509746-2] sent to Appellant David Andrew Christenson [14-5207] |
| 09/08/2014 | ☐ ☒ 8 pg, 625.55 KB | CLERK'S ORDER filed [1511173] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 10/08/2014. Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5208] |
| 09/08/2014 | ☐ ☒ 8 pg, 625.76 KB | CLERK'S ORDER filed [1511174] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 10/08/2014. Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5209] |
| 09/08/2014 | ☐ ☒ 1 pg, 38.56 KB | CLERK'S ORDER filed [1511177] consolidating cases 14-5208, 14-5209 (Consolidation started 09/08/2014) with 14-5207 [14-5207, 14-5208, 14-5209] |
| 09/08/2014 | ☐ | FIRST CLASS MAIL SENT [1511190] of order [1511173-2] to appellant [14-5208] |
| 09/08/2014 | ☐ | CERTIFIED MAIL SENT [1511191] with return receipt requested [Receipt No 7007 0710 0004 7190 2423] of order [1511173-2]. Certified Mail Receipt due 10/08/2014 from David Andrew Christenson. [14-5208] |
| 09/08/2014 | ☐ | FIRST CLASS MAIL SENT [1511192] of order [1511174-2] to appellant [14-5209] |
| 09/08/2014 | ☐ | CERTIFIED MAIL SENT [1511193] with return receipt requested [Receipt No.7007 0710 0004 7190 2430] of order [1511174-2]. Certified Mail Receipt due 10/08/2014 from David Andrew Christenson. [14-5209] |
| 09/08/2014 | ☐ ☒ 6 pg, 232.22 KB | MOTION filed [1511583] by David Andrew Christenson in 14-5207 to stay proceedings (Response to Motion served by mail due on 09/18/2014) [Service Date: 09/04/2014 by Email] Pages: 1-10. [14-5207, 14-5208, 14-5209] |
| 09/08/2014 | ☐ ☒ 9 pg, 401.78 KB | MOTION filed [1511587] by David Andrew Christenson in 14-5207 to consolidate cases (Response to Motion served by mail due on 09/18/2014) [Service Date: 09/04/2014 by Email] Pages: 1-10 [14-5207, 14-5208, 14-5209] |
| 09/08/2014 | ☐ ☒ 3 pg, 114.31 KB | MOTION filed [1511744] by David Andrew Christenson to stay district court proceedings (Response to Motion served by mail due on 09/18/2014) [Service Date: 09/04/2014 by Email] Pages: 1-10. [14-5208] |
| 09/08/2014 | ☐ ☒ 3 pg, 111.54 KB | MOTION filed [1511745] by David Andrew Christenson to stay district court proceedings (Response to Motion served by mail due on 09/18/2014) [Service Date: 09/04/2014 by Email] Pages: 1-10. [14-5209] |
| 09/10/2014 | ☐ ☒ 1 pg, 39.42 KB | CLERK'S ORDER filed [1511590] dismissing as moot motion to consolidate [1511587-2] [14-5207, 14-5208, 14-5209] |
| 09/10/2014 | ☐ ☒ 2 pg, 69.01 KB | ENTRY OF APPEARANCE filed [1511661] by Henry C. Whitaker and co-counsel H. Thomas Byron III on behalf of Appellees Keith B. Alexander, John O. Brennan, CIA, James R. Clapper, Jr., James B. Comey, FBI, Eric H. Holder, Jr., National Security Agency, Barack Hussein Obama and DOJ in 14-5207, Appellees Keith B. Alexander, Eric H Holder, Jr., National Security Agency, Barack Hussein Obama and DOJ in 14-5208, 14-5209. [14-5207, 14-5208, 14-5209] (Whitaker, Henry) |
| 09/11/2014 | ☐ ☒ 2 pg, 100.33 KB | MOTION filed [1512092] by David Andrew Christenson in 14-5207 to reconsider (Response to Motion served by mail due on 09/22/2014) [Service Date: 09/08/2014 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] |
| 09/15/2014 | ☐ ☒ 1 pg, 97.79 KB | CERTIFIED MAIL RECEIPT [1512453] RECEIVED from David Christenson [signed for on 09/12/2014] for order [1511191-2] sent to Appellant David Andrew Christenson [14-5208] |

Attachment 4

| | |
|---|---|
| 09/12/2014<br>2 pg, 76.81 KB | ERRATA [1513197] to original motion to stay case [1511029-2], original motion to stay case [1511032-2], original motion to stay case [1511034-2] filed by David Andrew Christenson in 14-5207, 14-5208, 14-5209 [14-5207, 14-5208, 14-5209] |
| 09/18/2014<br>1 pg, 101.86 KB | CERTIFIED MAIL RECEIPT [1513131] RECEIVED from David Christenson [signed for on 09/15/2014] for order [1511193-2] sent to Appellant David Andrew Christenson [14-5209] |
| 10/17/2014<br>1 pg, 39.29 KB | CLERK'S ORDER filed [1517788] holding cases in abeyance. Cases 14-5207,14-5208,14-5209 held in abeyance pending ifp decision in 1:14cv92, et al., from U.S. District Court; The Clerk is directed to transmit a copy of this order to the district court. [14-5207, 14-5208, 14-5209] |
| 10/21/2014<br>14 pg, 469.25 KB | NOTICE FILED [1518437] by David Andrew Christenson in 14-5207 . [Service Date: 10/13/2014 ] [14-5207, 14-5208, 14-5209] |
| 10/22/2014<br>25 pg, 448.02 KB | NOTICE [1518443] filed from Clerk, District Court leave to proceed ifp in the district court is denied [Case Number 14-5207: IFP Denied USDC] [Case Number 14-5208: IFP Denied USDC] [Case Number 14-5209: IFP Denied USDC] [14-5207, 14-5208, 14-5209] |
| 10/22/2014<br>9 pg, 627.33 KB | CLERK'S ORDER filed [1518473] directing party to file payment of docketing fee. APPELLANT payment of docketing fee due 11/21/2014; directing party to file motion to proceed on appeal in forma pauperis. APPELLANT motion to proceed IFP in this court due 11/21/2014, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail., removing case from abeyance [14-5207, 14-5208, 14-5209] |
| 10/22/2014 | FIRST CLASS MAIL SENT [1518476] of order [1518473-2] to appellant [14-5207, 14-5208, 14-5209] |
| 10/22/2014 | CERTIFIED MAIL SENT [1518477] with return receipt requested [Receipt No.7007 0710 0004 7190 8401] of order [1518473-2]. Certified Mail Receipt due 11/21/2014 from David Andrew Christenson. [14-5207, 14-5208, 14-5209] |
| 10/31/2014 | CERTIFIED MAIL RECEIPT [1520346] RECEIVED from Christenson [signed for on 10/28/2014] for order [1518477-2] sent to Appellant David Andrew Christenson in 14-5207, 14-5208, 14-5209 [14-5207, 14-5208, 14-5209] |
| 11/19/2014<br>0 pg, 0 KB | (UNDER SEAL) MOTION filed [1523633] by David Andrew Christenson in 14-5207 to proceed on appeal in forma pauperis. (Response to Motion served by mail due on 12/04/2014) [Case Number 14-5207: IFP Pending USCA] [Case Number 14-5208: IFP Pending USCA] [Case Number 14-5209: IFP Pending USCA] [Service Date: 11/20/2014 by Clerk] Pages: 1-10. [14-5207, 14-5208, 14-5209] |
| 11/26/2014<br>8 pg, 272.52 KB | MOTION filed [1524641] by David Andrew Christenson in 14-5207 to appoint counsel (Response to Motion served by mail due on 12/04/2014) [Service Date: 11/21/2014 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] |
| 12/01/2014<br>17 pg, 614.73 KB | NOTICE FILED [1525067] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 11/27/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/01/2014<br>24 pg, 665.82 KB | NOTICE FILED [1525068] by David Andrew Christenson in 14-5207 of objection. [Service Date: 11/25/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/05/2014<br>48 pg, 1.86 MB | MOTION filed [1525931] by David Andrew Christenson in 14-5207 to recuse (Response to Motion served by mail due on 12/15/2014) [Service Date: 12/01/2014 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] |
| 12/08/2014<br>2 pg, 67.54 KB | NOTICE FILED [1526464] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 12/04/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/09/2014<br>2 pg, 130.57 KB | NOTICE FILED [1526645] by David Andrew Christenson in 14-5207 of memorandum 1 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/09/2014<br>3 pg, 135.1 KB | NOTICE FILED [1526647] by David Andrew Christenson in 14-5207 of memorandum 2 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/09/2014<br>5 pg, 244.28 KB | NOTICE FILED [1526652] by David Andrew Christenson in 14-5207 of memorandum 3 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/09/2014<br>7 pg, 344.3 KB | NOTICE FILED [1526654] by David Andrew Christenson in 14-5207 of memorandum 4 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/09/2014<br>5 pg, 210.95 KB | NOTICE FILED [1526657] by David Andrew Christenson in 14-5207 of memorandum 5 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/09/2014<br>9 pg, 308.72 KB | NOTICE FILED [1526658] by David Andrew Christenson in 14-5207 of memorandum 6 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/15/2014<br>1 pg, 157.83 KB | |

# Attachment 4

| | | |
|---|---|---|
| | | MOTION filed [1527744] by David Andrew Christenson in 14-5207 for summary and default judgment (Response to Motion served by mail due on 12/29/2014) [Service Date: 12/10/2014 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] |
| 12/15/2014 | ☐ ⬚ 4 pg, 127 3 KB | SUPPLEMENT [1529181] to motion to appoint counsel [1524641-2] filed by David Andrew Christenson in 14-5207, 14-5208, 14-5209 [Service Date: 12/11/2014 ] [14-5207, 14-5208, 14-5209] |
| 12/29/2014 | ☐ ⬚ 20 pg, 901 05 KB | SUPPLEMENT [1529816] to motion for summary and default judgment [1527744-2] filed by David Andrew Christenson in 14-5207 [Service Date: 12/24/2014 ] [14-5207, 14-5208, 14-5209] |
| 01/05/2015 | ☐ ⬚ 16 pg, 583 36 KB | NOTICE FILED [1530539] by David Andrew Christenson in 14-5207 styled as "Memorandum/Complaint/Grievance. ...". [Service Date: 12/29/2014 ] [14-5207, 14-5208, 14-5209] |
| 01/06/2015 | ☐ ⬚ 2 pg, 63 72 KB | NOTICE FILED [1530532] by David Andrew Christenson in 14-5207 styled "Memorandum". [Service Date 01/03/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/12/2015 | ☐ ⬚ 3 pg, 174 58 KB | NOTICE FILED [1532308] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/06/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/13/2015 | ☐ ⬚ 2 pg, 75 73 KB | NOTICE FILED [1532306] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/09/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/13/2015 | ☐ ⬚ 19 pg, 876 73 KB | NOTICE FILED [1532307] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/08/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/16/2015 | ☐ ⬚ 3 pg, 202 02 KB | NOTICE FILED [1532909] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/11/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/16/2015 | ☐ ⬚ 3 pg, 104 03 KB | NOTICE FILED [1532912] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/11/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/20/2015 | ☐ ⬚ 20 pg, 1.25 MB | NOTICE FILED [1533355] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/13/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/20/2015 | ☐ ⬚ 35 pg, 1 43 MB | NOTICE FILED [1533358] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/15/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/20/2015 | ☐ ⬚ 14 pg, 552.56 KB | NOTICE FILED [1533360] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/14/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/20/2015 | ☐ ⬚ 3 pg, 215 64 KB | NOTICE FILED [1533363] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/14/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/20/2015 | ☐ ⬚ 8 pg, 544.33 KB | NOTICE FILED [1533367] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/13/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 9 pg, 245.56 KB | NOTICE FILED [1535146] by David Andrew Christenson in 14-5207 of memorandum 39. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 20 pg, 1.14 MB | NOTICE FILED [1535151] by David Andrew Christenson in 14-5207 of memorandum 36. [Service Date: 01/18/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 5 pg, 227 3 KB | NOTICE FILED [1535154] by David Andrew Christenson in 14-5207 of memorandum 37. [Service Date: 01/20/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 2 pg, 66 3 KB | NOTICE FILED [1535160] by David Andrew Christenson in 14-5207 of memorandum 38. [Service Date: 01/20/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 63 pg, 987 84 KB | NOTICE FILED [1535165] by David Andrew Christenson in 14-5207 of memorandum 35. [Service Date: 01/18/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 10 pg, 390.32 KB | NOTICE FILED [1535168] by David Andrew Christenson in 14-5207 of memorandum 43. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 6 pg, 247.54 KB | NOTICE FILED [1535170] by David Andrew Christenson in 14-5207 of memorandum 40. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 6 pg, 158 46 KB | NOTICE FILED [1535171] by David Andrew Christenson in 14-5207 of memorandum 41. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/26/2015 | ☐ ⬚ 18 pg, 428.37 KB | NOTICE FILED [1535175] by David Andrew Christenson in 14-5207, 14-5208, 14-5209 of memorandum 42. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/27/2015 | ☐ ⬚ 11 pg, 453 98 KB | NOTICE FILED [1535147] by David Andrew Christenson in 14-5207 of memorandum 47. [Service Date: 01/23/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/27/2015 | | |

# Attachment 4

| Date | | Description |
|---|---|---|
| | 12 pg, 388.94 KB | NOTICE FILED [1535149] by David Andrew Christenson in 14-5207 of memorandum 49. [Service Date: 01/24/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/27/2015 | 4 pg, 176.38 KB | NOTICE FILED [1535161] by David Andrew Christenson in 14-5207 of memorandum 46. [Service Date: 01/23/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/27/2015 | 2 pg, 115.38 KB | NOTICE FILED [1535164] by David Andrew Christenson in 14-5207 of memorandum 44. [Service Date: 01/23/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/28/2015 | 3 pg, 99.68 KB | NOTICE FILED [1535163] by David Andrew Christenson in 14-5207 of memorandum 45. [Service Date: 01/23/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/29/2015 | 5 pg, 143.65 KB | NOTICE FILED [1535183] by David Andrew Christenson in 14-5207 of memorandum 48. [Service Date: 01/24/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/29/2015 | 22 pg, 782.92 KB | NOTICE FILED [1535184] by David Andrew Christenson in 14-5207 of memorandum 51. [Service Date: 01/25/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/30/2015 | 4 pg, 276.9 KB | NOTICE FILED [1535388] by David Andrew Christenson in 14-5207 of memorandum 52. [Service Date: 01/26/2015 ] [14-5207, 14-5208, 14-5209] |
| 01/30/2015 | 2 pg, 90.08 KB | NOTICE FILED [1535389] by David Andrew Christenson in 14-5207 of memorandum 50. [Service Date: 01/25/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/02/2015 | 3 pg, 129.28 KB | NOTICE FILED [1535738] by David Andrew Christenson in 14-5207 of memorandum 53. [Service Date: 01/28/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/02/2015 | 19 pg, 321.6 KB | NOTICE FILED [1535739] by David Andrew Christenson in 14-5207 of memorandum 54. [Service Date: 01/29/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/02/2015 | 16 pg, 281.71 KB | NOTICE FILED [1535742] by David Andrew Christenson in 14-5207 of memorandum 55. [Service Date: 01/29/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/05/2015 | 8 pg, 1.09 MB | NOTICE FILED [1536301] by David Andrew Christenson in 14-5207 of memorandum 57. [Service Date: 01/31/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/05/2015 | 2 pg, 83.41 KB | NOTICE FILED [1536303] by David Andrew Christenson in 14-5207 of memorandum 56. [Service Date: 01/31/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/06/2015 | 5 pg, 238.8 KB | NOTICE FILED [1536602] by David Andrew Christenson in 14-5207 of memorandum 58. [Service Date: 02/02/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/06/2015 | 3 pg, 101.97 KB | NOTICE FILED [1536603] by David Andrew Christenson in 14-5207 of memorandum 59. [Service Date: 02/02/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/06/2015 | 9 pg, 466.47 KB | NOTICE FILED [1536604] by David Andrew Christenson in 14-5207 of memorandum 60. [Service Date: 02/02/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/06/2015 | 17 pg, 306.37 KB | NOTICE FILED [1536605] by David Andrew Christenson in 14-5207 of memorandum 61. [Service Date: 02/06/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/06/2015 | 24 pg, 422.33 KB | NOTICE FILED [1536607] by David Andrew Christenson in 14-5207 of memorandum 62. [Service Date: 02/02/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/06/2015 | 2 pg, 65.29 KB | NOTICE FILED [1536609] by David Andrew Christenson in 14-5207 of memorandum 63. [Service Date: 02/06/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 3 pg, 104.51 KB | MOTION filed [1538318] by David Andrew Christenson in 14-5207 styled as "motion 21 (68)"  (Response to Motion served by mail on 02/20/2015) [Service Date: 02/07/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 7 pg, 242.82 KB | MOTION filed [1538319] by David Andrew Christenson in 14-5207 styled as "motion 22 (69)". (Response to Motion served by mail due on 02/20/2015) [Service Date: 02/07/2015 by US Mail] Pages: 1-10  [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 4 pg, 165.77 KB | NOTICE FILED [1538321] by David Andrew Christenson in 14-5207 of memorandum 65. [Service Date: 02/05/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 4 pg, 107.85 KB | NOTICE FILED [1538322] by David Andrew Christenson in 14-5207 of memorandum 66. [Service Date: 02/05/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 7 pg, 159.83 KB | NOTICE FILED [1538323] by David Andrew Christenson in 14-5207 of memorandum 67. [Service Date: 02/05/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 3 pg, 126.61 KB | NOTICE FILED [1538324] by David Andrew Christenson in 14-5207 of memorandum 70. [Service Date: 02/07/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | | |

# Attachment 4

| | | |
|---|---|---|
| | 12 pg. 266 07 KB | NOTICE FILED [1538325] by David Andrew Christenson in 14-5207 of memorandum 71. [Service Date: 02/07/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 10 pg, 198 31 KB | NOTICE FILED [1538327] by David Andrew Christenson in 14-5207 of memorandum 72  [Service Date 02/07/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 0 pg, 0 KB | NOTICE FILED [1538360] by David Andrew Christenson in 14-5207 of memorandum 73. [Service Date 02/07/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 13 pg, 298 51 KB | NOTICE FILED [1538377] by David Andrew Christenson in 14-5207 of memorandum 74. [Service Date: 02/07/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/09/2015 | 1 pg, 63.93 KB | NOTICE FILED [1538378] by David Andrew Christenson in 14-5207 of memorandum 64. [Service Date 02/05/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/11/2015 | 2 pg, 65 48 KB | MOTION filed [1537182] by David Andrew Christenson in 14-5207 of motion 23. [Electronic Version of Exhibits Unavailable, Original Paper Document in File]. (Response to Motion served by mail due on 02/23/2015) [Service Date: 02/09/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] |
| 02/11/2015 | 54 pg, 1.8 MB | MOTION filed [1537185] by David Andrew Christenson in 14-5207, 14-5208, 14-5209 of motion 24. (Response to Motion served by mail due on 02/23/2015) [Service Date: 02/09/2015 by US Mail] Pages. 1-10  [14-5207, 14-5208, 14-5209] |
| 02/18/2015 | 2 pg, 108.63 KB | NOTICE FILED [1538391] by David Andrew Christenson in 14-5207 of memorandum 79. [Service Date 02/11/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/18/2015 | 2 pg, 147 95 KB | NOTICE FILED [1538394] by David Andrew Christenson in 14-5207 of memorandum 77. [Service Date 02/10/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/18/2015 | 11 pg, 448.65 KB | NOTICE FILED [1538395] by David Andrew Christenson in 14-5207 of memorandum 78  [Service Date: 02/10/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/19/2015 | 10 pg, 379.4 KB | NOTICE FILED [1538574] by David Andrew Christenson in 14-5207 of memorandum 82. [Service Date: 02/16/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/19/2015 | 7 pg, 452.99 KB | NOTICE FILED [1538575] by David Andrew Christenson in 14-5207 of memorandum 80. [Service Date: 02/13/2015 ] [14-5207, 14-5208, 14-5209] |
| 02/19/2015 | 3 pg, 140 01 KB | MOTION filed [1538577] by David Andrew Christenson in 14-5207 styled as "motion 25 (81)". (Response to Motion served by mail due on 03/02/2015) [Service Date: 02/16/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] |

# Attachment 4

<del>Clear All</del>

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| DC Circuit (USCA) - 02/25/2015 09:25:46 | | | |
| PACER Login: | chndavirc1902:2881788:0 | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 14-5207 |
| Billable Pages: | 6 | Cost: | 0.60 |

# Attachment 5

**General Docket**
**United States Court of Appeals for District of Columbia Circuit**

**Court of Appeals Docket #:** 14-5212                                          Docketed: 08/29/2014
**Nature of Suit:** 2440 Other Civil Rights
Rand Paul, et al v. Barack Obama, et al
**Appeal From:** United States District Court for the District of Columbia
**Fee Status:** Fee Due

**Case Type Information:**
  1) Civil US
  2) United States
  3)

# Attachment 5

| | | |
|---|---|---|
| 08/29/2014 | | US CIVIL CASE docketed. [14-5212] |
| 08/29/2014 | 40 pg, 885 04 KB | NOTICE OF APPEAL filed [1510405] by David Andrew Christenson seeking review of a decision by the U.S. District Court in 1:14-cv-00262-RJL  Assigned USCA Case Number [14-5212] |
| 09/03/2014 | 1 pg, 45 94 KB | LETTER SENT [1510425] regarding attorney membership to Michael P. Lewis for Rand Paul and FreedomWorks, Inc.. Application for Admission due 10/03/2014. [14-5212] |
| 09/08/2014 | 8 pg, 628.16 KB | CLERK'S ORDER filed [1511181] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 10/08/2014, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5212] |
| 09/08/2014 | | FIRST CLASS MAIL SENT [1511194] of order [1511181-2] to appellant [14-5212] |
| 09/08/2014 | | CERTIFIED MAIL SENT [1511195] with return receipt requested [Receipt No.7007 0710 0004 7190 2447] of order [1511181-2]. Certified Mail Receipt due 10/08/2014 from David Andrew Christenson. [14-5212] |
| 09/09/2014 | 53 pg, 3 1 MB | MOTION filed [1511748] by David Andrew Christenson to stay district court proceedings with ADDENDUM (Response to Motion served by mail due on 09/25/2014) [Service Date: 09/11/2014 by CM/ECF NDA] Pages: 1-10  [14-5212] |
| 09/11/2014 | 2 pg, 99 12 KB | MOTION filed [1512094] by David Andrew Christenson to reconsider (Response to Motion served by mail due on 09/22/2014) [Service Date: 09/08/2014 by US Mail] Pages: 1-10  [14-5212] |
| 09/12/2014 | 2 pg, 75.77 KB | ENTRY OF APPEARANCE filed [1512101] by Henry C. Whitaker and co-counsel H. Thomas Byron III on behalf of Appellees Keith B. Alexander, James R. Clapper, Jr., James B. Comey and Barack Hussein Obama. [14-5212] (Whitaker, Henry) |
| 09/16/2014 | 1 pg, 58 58 KB | ERRATA [1513156] to motion to reconsider [1512094-2] filed by David Andrew Christenson [Service Date: 09/19/2014 ] [14-5212] |
| 09/18/2014 | 1 pg, 96 KB | CERTIFIED MAIL RECEIPT [1513573] RECEIVED from David Christenson [signed for on 09/12/2014] for order [1511195-2] sent to Appellant David Andrew Christenson [14-5212] |
| 10/20/2014 | 1 pg, 38.51 KB | CLERK'S ORDER filed [1518013] holding case in abeyance. Case 14-5212 held in abeyance pending IFP decision in 1:14cv262-RJL from U.S. District Court; The Clerk is directed to transmit a copy of this order to the district court. [14-5212] |
| 11/05/2014 | 23 pg, 1.02 MB | NOTICE FILED [1521095] filed by David Andrew Christenson of memorandum. [Service Date: 11/01/2014 ] Pages: 21-30. [14-5212] |
| 11/19/2014 | 24 pg, 556 21 KB | NOTICE FILED [1523673] by David Andrew Christenson of memorandum  [Service Date: 11/21/2014 ] [14-5212] |
| 11/26/2014 | 8 pg, 256 11 KB | MOTION filed [1524745] by David Andrew Christenson to appoint counsel (Response to Motion served by mail due on 12/04/2014) [Service Date: 11/21/2014 by Email] Pages: 1-10. [14-5212] |
| 12/01/2014 | 3 pg, 115.84 KB | NOTICE FILED styled as "MEMORANDUM ON 'HOPE AND PRAY FOR ASSASSANATION' YOUTUBE VIDEOS" [1525095] filed by David Andrew Christenson [Service Date: 12/02/2014 ] [14-5212] |
| 12/01/2014 | 17 pg, 672.86 KB | NOTICE FILED [1525096] filed by David Andrew Christenson of memorandum. [Service Date: 12/02/2014 ] [14-5212] |
| 12/01/2014 | 24 pg, 659.83 KB | NOTICE FILED styled as "Objection" [1525097] by David Andrew Christenson of memorandum. [Service Date: 12/02/2014 by CM/ECF NDA] Pages: 16-20  [14-5212] |
| 12/05/2014 | 48 pg, 6 67 MB | MOTION filed [1525938] by David Andrew Christenson to recuse styled as "Objections with Memorandums" (Response to Motion served by mail due on 12/22/2014) [Service Date: 12/08/2014 by CM/ECF NDA] Pages: Exceeds Limits. [14-5212] |
| 12/08/2014 | 2 pg, 76 11 KB | NOTICE FILED [1526758] by David Andrew Christenson of memorandum. [Service Date: 12/04/2014 ] [14-5212] |
| 12/09/2014 | 2 pg, 134 29 KB | NOTICE FILED [1526760] by David Andrew Christenson of memorandum 1 of 6. [Service Date: 12/06/2014 ] [14-5212] |
| 12/09/2014 | 3 pg, 155.51 KB | NOTICE FILED [1526762] by David Andrew Christenson of memorandum 2 of 6.[Service Date: 12/06/2014 ] [14-5212] |
| 12/09/2014 | 5 pg, 254 69 KB | NOTICE FILED [1526763] by David Andrew Christenson of memorandum 3 of 6. [Service Date: 12/06/2014 ] [14-5212] |
| 12/09/2014 | 7 pg, 340 52 KB | NOTICE FILED [1526764] by David Andrew Christenson of memorandum 4 of 6. [Service Date: 12/06/2014 ] [14-5212] |

# Attachment 5

| | | |
|---|---|---|
| 12/09/2014<br>5 pg, 227 51 KB | ☐ ☐ | NOTICE FILED [1526765] by David Andrew Christenson of memorandum 5 of 6. [Service Date: 12/06/2014 ] [14-5212] |
| 12/09/2014<br>9 pg, 331 79 KB | ☐ ☐ | NOTICE FILED [1526767] by David Andrew Christenson of memorandum 6 of 6. [Service Date: 12/06/2014 ] [14-5212] |
| 12/15/2014<br>1 pg, 71.03 KB | ☐ ☐ | MOTION filed [1528006] by David Andrew Christenson for summary and default judgment. (Response to Motion served by mail due on 01/05/2015) [Service Date: 12/18/2014 by CM/ECF NDA] Pages: 1-10. [14-5212] |
| 12/15/2014<br>4 pg, 119.7 KB | ☐ ☐ | SUPPLEMENT [1529331] to motion to appoint counsel [1524745-2] filed by David Andrew Christenson [Service Date: 12/11/2014 ] [14-5212] |
| 12/29/2014<br>20 pg, 922.41 KB | ☐ ☐ | NOTICE FILED [1533890] by David Andrew Christenson of memorandum. [Service Date: 12/24/2014 ] [14-5212] |
| 01/05/2015<br>16 pg, 564.56 KB | ☐ ☐ | NOTICE FILED [1530545] by David Andrew Christenson styled as "Memorandum/Complaint/Grievance....." [Service Date: 12/29/2014 ] [14-5212] |
| 01/06/2015<br>2 pg, 87.08 KB | ☐ ☐ | NOTICE FILED [1530544] by David Andrew Christenson styled as "Memorandum". [Service Date: 01/03/2015 ] [14-5212] |
| 01/12/2015<br>3 pg, 193.87 KB | ☐ ☐ | NOTICE FILED [1532374] by David Andrew Christenson of memorandum. [Service Date: 01/06/2015 ] [14-5212] |
| 01/13/2015<br>2 pg, 86.29 KB | ☐ ☐ | NOTICE FILED [1532376] by David Andrew Christenson of memorandum. [Service Date: 01/09/2015 ] [14-5212] |
| 01/13/2015<br>19 pg, 955 3 KB | ☐ ☐ | NOTICE FILED [1532378] by David Andrew Christenson of memorandum. [Service Date: 01/08/2015 ] [14-5212] |
| 01/13/2015<br>20 pg, 985 17 KB | ☐ ☐ | NOTICE FILED [1532379] by David Andrew Christenson of memorandum [Service Date: 12/24/2014 ] [14-5212] |
| 01/16/2015<br>3 pg, 108 29 KB | ☐ ☐ | NOTICE FILED [1532850] by David Andrew Christenson of memorandum. [Service Date: 01/11/2015 ] [14-5212] |
| 01/16/2015<br>3 pg, 204 26 KB | ☐ ☐ | NOTICE FILED [1532846] by David Andrew Christenson of memorandum. [Service Date. 01/11/2015 ] [14-5212] |
| 01/20/2015<br>35 pg, 1.44 MB | ☐ ☐ | NOTICE FILED [1533588] by David Andrew Christenson of memorandum. [Service Date: 01/22/2015 ] [14-5212] |
| 01/20/2015<br>20 pg, 1.29 MB | ☐ ☐ | NOTICE FILED [1533589] by David Andrew Christenson of memorandum. [Service Date: 01/22/2015 ] [14-5212] |
| 01/20/2015<br>3 pg, 225 79 KB | ☐ ☐ | NOTICE FILED [1533590] by David Andrew Christenson of memorandum. [Service Date: 01/22/2015 ] [14-5212] |
| 01/20/2015<br>8 pg, 530 32 KB | ☐ ☐ | NOTICE FILED [1533591] by David Andrew Christenson of memorandum. [Service Date: 01/22/2015 ] [14-5212] |
| 01/20/2015<br>14 pg, 552.24 KB | ☐ ☐ | NOTICE FILED [1533592] by David Andrew Christenson of memorandum. [Service Date: 01/22/2015 ] [14-5212] |
| 01/26/2015<br>63 pg, 908.87 KB | ☐ ☐ | NOTICE FILED [1535223] by David Andrew Christenson of memorandum 35. [Service: 01/30/2015 ] [14-5212] |
| 01/26/2015<br>20 pg, 1 14 MB | ☐ ☐ | NOTICE FILED [1535228] by David Andrew Christenson of memorandum 36. [Service: 01/30/2015 ] [14-5212] |
| 01/26/2015<br>5 pg, 218 53 KB | ☐ ☐ | NOTICE FILED [1535229] by David Andrew Christenson of memorandum 37. [Service: 01/30/2015 ] [14-5212] |
| 01/26/2015<br>2 pg, 63.84 KB | ☐ ☐ | NOTICE FILED [1535230] by David Andrew Christenson of memorandum 38. [Service: 01/30/2015 ] [14-5212] |
| 01/26/2015<br>9 pg, 262 15 KB | ☐ ☐ | NOTICE FILED [1535232] by David Andrew Christenson of memorandum 39. [Service: 01/30/2015 ] [14-5212] |
| 01/26/2015<br>6 pg, 247 6 KB | ☐ ☐ | NOTICE FILED [1535233] by David Andrew Christenson of memorandum 40. [Service: 01/30/2015 ] [14-5212] |
| 01/26/2015<br>6 pg, 170.15 KB | ☐ ☐ | NOTICE FILED [1535234] by David Andrew Christenson of memorandum 41. [Service: 01/30/2015 ] [14-5212] |
| 01/26/2015 | | |

# Attachment 5

| | | |
|---|---|---|
| | ☐ ☐ <br> 18 pg, 430 85 KB | NOTICE FILED [1535235] by David Andrew Christenson of memorandum 42. [Service Date: 01/30/2015 ] [14-5212] |
| 01/26/2015 | ☐ ☐ <br> 10 pg, 411 69 KB | NOTICE FILED [1535237] by David Andrew Christenson of memorandum 43. [Service Date: 01/30/2015 ] [14-5212] |
| 01/27/2015 | ☐ ☐ <br> 3 pg, 98 77 KB | NOTICE FILED [1535239] by David Andrew Christenson of memorandum 45. [Service Date: 01/30/2015 ] [14-5212] |
| 01/27/2015 | ☐ ☐ <br> 11 pg, 449.9 KB | NOTICE FILED [1535241] by David Andrew Christenson of memorandum 47. [Service Date: 01/30/2015 ] [14-5212] |
| 01/28/2015 | ☐ ☐ <br> 2 pg, 132.03 KB | NOTICE FILED [1535238] by David Andrew Christenson of memorandum 44. [Service Date: 01/30/2015 ] [14-5212] |
| 01/28/2015 | ☐ ☐ <br> 4 pg, 186 51 KB | NOTICE FILED [1535240] by David Andrew Christenson of memorandum 46. [Service Date: 01/30/2015 ] [14-5212] |
| 01/28/2015 | ☐ ☐ <br> 12 pg, 395 92 KB | NOTICE FILED [1535244] by David Andrew Christenson of memorandum 49. [Service Date: 01/30/2015 ] [14-5212] |
| 01/29/2015 | ☐ ☐ <br> 5 pg, 145 43 KB | NOTICE FILED [1535242] by David Andrew Christenson of memorandum 48 [Service Date: 01/30/2015 ] [14-5212] |
| 01/29/2015 | ☐ ☐ <br> 22 pg, 783.25 KB | NOTICE FILED [1535246] by David Andrew Christenson of memorandum 51. [Service Date: 01/30/2015 ] [14-5212] |
| 01/30/2015 | ☐ ☐ <br> 2 pg, 71 94 KB | NOTICE FILED [1535409] by David Andrew Christenson of memorandum 50. [Service Date: 01/25/2015 ] [14-5212] |
| 01/30/2015 | ☐ ☐ <br> 4 pg, 254 63 KB | NOTICE FILED [1535410] by David Andrew Christenson of memorandum 52. [Service Date: 01/25/2015 ] [14-5212] |
| 02/02/2015 | ☐ ☐ <br> 19 pg, 316 13 KB | NOTICE FILED [1535922] by David Andrew Christenson of memorandum 54. [Service Date  01/29/2015 ] [14-5212] |
| 02/02/2015 | ☐ ☐ <br> 16 pg, 273 75 KB | NOTICE FILED [1535923] by David Andrew Christenson of memorandum 55. [Service Date  01/29/2015 ] [14-5212] |
| 02/02/2015 | ☐ ☐ <br> 3 pg, 119.08 KB | NOTICE FILED [1536545] by David Andrew Christenson of memorandum 53. [Service Date: 01/28/2015 ] [14-5212] |
| 02/05/2015 | ☐ ☐ <br> 2 pg, 65.75 KB | NOTICE FILED [1536321] by David Andrew Christenson of memorandum 56. [Service Date: 01/31/2015 ] [14-5212] |
| 02/05/2015 | ☐ ☐ <br> 8 pg, 1.07 MB | NOTICE FILED [1536322] by David Andrew Christenson of memorandum 57. [Service Date: 01/31/2015 ] [14-5212] |
| 02/06/2015 | ☐ ☐ <br> 5 pg, 244 57 KB | NOTICE FILED [1536548] by David Andrew Christenson of memorandum 58. [Service Date: 02/02/2015 ] [14-5212] |
| 02/06/2015 | ☐ ☐ <br> 3 pg, 105.63 KB | NOTICE FILED [1536552] by David Andrew Christenson of memorandum 59. [Service Date: 02/02/2015 ] [14-5212] |
| 02/06/2015 | ☐ ☐ <br> 9 pg, 450.45 KB | NOTICE FILED [1536553] by David Andrew Christenson of memorandum 60. [Service Date: 02/02/2015 ] [14-5212] |
| 02/06/2015 | ☐ ☐ <br> 17 pg, 309 95 KB | NOTICE FILED [1536555] by David Andrew Christenson of memorandum 61. [Service Date: 02/02/2015 ] [14-5212] |
| 02/06/2015 | ☐ ☐ <br> 23 pg, 411.93 KB | NOTICE FILED [1536556] by David Andrew Christenson of memorandum 62. [Service Date: 02/02/2015 ] [14-5212] |
| 02/06/2015 | ☐ ☐ <br> 2 pg, 52 33 KB | NOTICE FILED [1536557] by David Andrew Christenson of memorandum 63. [Service Date: 02/02/2015 ] [14-5212] |
| 02/09/2015 | ☐ ☐ <br> 3 pg, 112.04 KB | MOTION filed [1538368] by David Andrew Christenson of motion 21. (Response to Motion served by mail due on 02/20/2015) [Service Date  02/07/2015 by Email] Pages: 1-10. [14-5212] |
| 02/09/2015 | ☐ ☐ <br> 7 pg, 246.39 KB | MOTION filed [1538369] by David Andrew Christenson of motion 22. (Response to Motion served by mail due on 02/20/2015) [Service Date  02/07/2015 by Email] Pages: 1-10. [14-5212] |
| 02/09/2015 | ☐ ☐ <br> 2 pg, 99 41 KB | NOTICE FILED [1538373] by David Andrew Christenson of memorandum 64. [Service Date: 02/05/2015 ] [14-5212] |
| 02/09/2015 | ☐ ☐ <br> 4 pg, 175.28 KB | NOTICE FILED [1538374] by David Andrew Christenson of memorandum 65. [Service Date  02/05/2015 ] [14-5212] |

# Attachment 5

| | | |
|---|---|---|
| 02/09/2015 | ☐ 📄 4 pg, 108 52 KB | NOTICE FILED [1538375] by David Andrew Christenson of memorandum 66. [Service Date: 02/05/2015 ] [14-5212] |
| 02/09/2015 | ☐ 📄 7 pg, 153 89 KB | NOTICE FILED [1538376] by David Andrew Christenson of memorandum 67. [Service Date: 02/05/2015 ] [14-5212] |
| 02/09/2015 | ☐ 📄 3 pg, 176.32 KB | NOTICE FILED [1538379] by David Andrew Christenson of memorandum 70. [Service Date: 02/07/2015 ] [14-5212] |
| 02/09/2015 | ☐ 📄 12 pg, 284.2 KB | NOTICE FILED [1538381] by David Andrew Christenson of memorandum 71. [Service Date: 02/07/2015 ] [14-5212] |
| 02/09/2015 | ☐ 📄 10 pg  198 97 KB | NOTICE FILED [1538382] by David Andrew Christenson of memorandum 72. [Service Date: 02/07/2015 ] [14-5212] |
| 02/09/2015 | ☐ | NOTICE FILED [1538383] by David Andrew Christenson of memorandum 73. [Service Date: 02/07/2015 ] [14-5212] |
| 02/09/2015 | ☐ 📄 13 pg, 288 85 KB | NOTICE FILED [1538384] by David Andrew Christenson of memorandum 74. [Service Date: 02/07/2015 ] [14-5212] |
| 02/11/2015 | ☐ 📄 2 pg, 85 93 KB | MOTION filed [1537207] by David Andrew Christenson of motion 23  [Electronic Version of Exhibits Unavailable, Original Paper Document in File]. (Response to Motion served by mail due on 02/23/2015) [Service Date: 02/09/2015 by Email] Pages: 1-10. [14-5212] |
| 02/11/2015 | ☐ 📄 55 pg, 1.85 MB | MOTION filed [1537208] by David Andrew Christenson of motion 24. (Response to Motion served by mail due on 02/23/2015) [Service Date: 02/09/2015 by Email] Pages: 1-10. [14-5212] |
| 02/13/2015 | ☐ 📄 2 pg, 107.91 KB | NOTICE FILED [1538386] by David Andrew Christenson of memorandum 77. [Service Date: 02/10/2015 ] [14-5212] |
| 02/13/2015 | ☐ 📄 11 pg, 445 KB | NOTICE FILED [1538387] by David Andrew Christenson of memorandum 78. [Service Date: 02/10/2015 ] [14-5212] |
| 02/18/2015 | ☐ 📄 2 pg, 92 76 KB | NOTICE FILED [1538720] by David Andrew Christenson of memorandum 79. [Service Date: 02/11/2015 ] [14-5212] |

# Attachment 5

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| DC Circuit (USCA) - 02/25/2015 09:28:32 | | | |
| **PACER Login:** | chndavirc1902:2881788:0 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 14-5212 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

RECEIVED
Mail Room

United States Court of Appeals
District of Columbia Circuit

**Attachment 6**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant

v.                                                       Case(s) 14-5207, 14-5208 & 14-5209

UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

Memorandum 50

Pending Charitable Donations by the Scarlett Foundation and its' founders, David Andrew Christenson
and his wife Renee "Scarlett" Christenson.

Background



The Scarlett Foundation is being established to receive 85% of the proceeds from this litigation. The
remaining 15% and all of the Christenson assets will be transferred to the Scarlett Foundation upon their
deaths. God did not bless David and Scarlett with children so they do not have any heirs. The assets (all)
will include property, copyrighted material, proprietary material and information, patents, movie rights,
book rights, etc. David and Scarlett will continue to work for America and Mankind.

First Charitable Distribution by the Scarlett Foundation

1. 10 billion dollars to "Suicide". Research, prevention and care. David's younger sister Jill
   committed suicide by placing a 357 magnum into her mouth and pulling the trigger. David's
   younger sister Andrea has attempted suicide on multiple occasions. David had many friends that
   committed suicide.
2. 10 billion dollars to "Military Suicide and Military Family Suicide". Research, prevention and
   care. The loss of David's military family is unconscionable.
3. 10 billion dollars to Veterans for "Quality of Life". To help all Veterans and their Families.
4. 10 billion dollars to the University of Minnesota School of Medicine for the following research,
   prevention and care:
   a. Leukemia in children. David's cousin Shaun Christenson died from Leukemia when he
      was very young.
   b. Diabetes. David's Grandfather had Diabetes.
   c. Skin cancer. David was diagnosed with melanoma in 2001.
   d. Bipolar disorders. David's sister Jill was bipolar.
5. 10 billion dollars to Public Defenders, Prisons, Project Innocent, etc. This will include helping to
   integrate prisoners back into society.

# Attachment 6

6.  10 million dollars to the University of Minnesota School of Art in honor of David's cousin Joni Christenson who died in 2014.
7.  250 million dollars to the University of Iowa School of Creative Writing and School of Dance.
    a.  The School of Creative Writing donation will be in honor of Major Donald Arthur Anderson. Major Anderson taught David Creative Writing at the Air Force Academy.
    b.  The School of Dance donation will be in honor of Andrea Zuber. She taught David about the Arts.
8.  100 billion for the study, care and prevention of the "Katrina Virus".
9.  100 million dollars for Federal Whistleblower programs.

This is just a starting point.


Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 25th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson



RECEIVED
Mail Room

United States Court of
District of other in 1

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

**JAN 30 2015**

**CLERK**

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,
Plaintiff – Appellant
v.                                                                           Case 14-5212
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

Memorandum 50

Pending Charitable Donations by the Scarlett Foundation and its' founders, David Andrew Christenson and his wife Renee "Scarlett" Christenson.

Background



The Scarlett Foundation is being established to receive 85% of the proceeds from this litigation. The remaining 15% and all of the Christenson assets will be transferred to the Scarlett Foundation upon their deaths. God did not bless David and Scarlett with children so they do not have any heirs. The assets (all) will include property, copyrighted material, proprietary material and information, patents, movie rights, book rights, etc. David and Scarlett will continue to work for America and Mankind.

First Charitable Distribution by the Scarlett Foundation

1. 10 billion dollars to "Suicide". Research, prevention and care. David's younger sister Jill committed suicide by placing a 357 magnum into her mouth and pulling the trigger. David's younger sister Andrea has attempted suicide on multiple occasions. David had many friends that committed suicide.
2. 10 billion dollars to "Military Suicide and Military Family Suicide". Research, prevention and care. The loss of David's military family is unconscionable.
3. 10 billion dollars to Veterans for "Quality of Life". To help all Veterans and their Families.
4. 10 billion dollars to the University of Minnesota School of Medicine for the following research, prevention and care:
   a. Leukemia in children. David's cousin Shaun Christenson died from Leukemia when he was very young.
   b. Diabetes. David's Grandfather had Diabetes.
   c. Skin cancer. David was diagnosed with melanoma in 2001.
   d. Bipolar disorders. David's sister Jill was bipolar.
5. 10 billion dollars to Public Defenders, Prisons, Project Innocent, etc. This will include helping to integrate prisoners back into society.

# Attachment 7

6. 10 million dollars to the University of Minnesota School of Art in honor of David's cousin Joni Christenson who died in 2014.

7. 250 million dollars to the University of Iowa School of Creative Writing and School of Dance.
   a. The School of Creative Writing donation will be in honor of Major Donald Arthur Anderson. Major Anderson taught David Creative Writing 498 at the Air Force Academy.
   b. The School of Dance donation will be in honor of Andrea Zuber. She taught David about the Arts.

8. 100 billion for the study, care and prevention of the "Katrina Virus".

9. 100 million dollars for Federal Whistleblower programs.

This is just a starting point.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 25th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 8

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant
v.                                          Case(s) 14-5207, 14-5208 & 14-5209
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

Memorandum 84

Attached is the Emergency Motion and Order that Federal Whistleblower Captain David Andrew
Christenson filed with the Supreme Court of the United States on February 25th, 2015.

GODSPEED.

Sincerely filed, in Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 25th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 9

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,
Plaintiff – Appellant
v.                                                      Case 14-5212
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

Memorandum 84

Attached is the Emergency Motion and Order that Federal Whistleblower Captain David Andrew
Christenson filed with the Supreme Court of the United States on February 25th, 2015.

GODSPEED.

Sincerely filed, In Proper Person

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 25th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

v.                                                                    Case No. 13-31078

KENNETH BOWEN, et al.,

Defendants/Appellees.

Amicus Brief

Attached is the Emergency Motion and Order that Federal Whistleblower Captain David Andrew
Christenson filed with the Supreme Court of the United States on February 25th, 2015.

Goodspeed.

Filed Pro Se/In Proper Person on behalf of all Americans

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 25th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____

David Andrew Christenson