**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| SHARYL ATTKISSON ) | |
| ) | |
| And ) | |
| ) | |
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 14-cv-01944-APM |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

_____)

**NOTICE OF FILING REDACTED DOCUMENT**

Notice is given that pursuant to Local Rule 5.4(f), Defendant is filing a redacted version of attachment 1 to Defendant's Motion for Summary Judgment. See ECF #26.

On August 15, 2015, Defendant filed an unredacted version of attachment 1 which contained Plaintiff's social security number, date and place of birth and residential address information.

Defendant therefore requests that the unredacted attachment be placed under seal.

Date:  September 21, 2015.              Respectfully submitted,

    VINCENT H. COHEN, JR.,
    DC BAR #471489
    Acting United States Attorney
    for the District of Columbia


DANIEL F. VAN HORN
D.C. BAR #924092
Civil Chief

By: /s/ *Alexander D. Shoaibi*
ALEXANDER D. SHOAIBI
D.C. BAR #423587
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4218
Washington, D.C. 20530
(202) 252-2511
Alexander.d.shoaibi@usdoj.gov